UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY
AUG 11 2005
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-2416-DV |
| ) | (Judge Donald) |
| CLYDE WASHBURN, JR. ) | |
| ) | |
| Defendant ) | |

## ENTRY OF DEFAULT

Upon the request of the Plaintiff, DEFAULT IS HEREBY ENTERED against the Defendant, Clyde Washburn, Jr., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

In accordance to Rule 4, of the Federal Rules of Civil Procedure, service was made upon the named Defendant on July 12, 2005. The Defendant has failed to plead or answer.

For good cause shown, the Court may set aside this entry for default, pursuant to Rule 55(c).

Entered this 11 day of August, 2005.

_____
Clerk

003740020

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02416 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Richard E. Riggs
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Maureen H. Dunn
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Harriet A. Cooper
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable Bernice Donald
US DISTRICT COURT